IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD K. WALLS,

      Plaintiff,               No. CIV S-06-2227 LKK GGH P

   vs.

DR. MILLER, et al.,

      Defendants.     <u>ORDER</u>

_____/

        On November 17, 2006, the court granted plaintiff thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an amended complaint.  However, plaintiff has filed four letters with the court suggesting that he intends to prosecute this action.

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

DATED: 1/11/07

                    /s/ Gregory G. Hollows

                 _____

                  GREGORY G. HOLLOWS

                  UNITED STATES MAGISTRATE JUDGE

wall2227.eot

1