IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD K. WALLS,

      Plaintiff,                    No. CIV S-06-2227 LKK GGH P

   vs.

DR. MILLER, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Pending before the court is plaintiff's amended complaint filed January 24, 2007. Plaintiff's amended complaint identifies the defendants and contains a short and plain statement of the claims. However, the amended complaint does not state the type of relief plaintiff is seeking, i.e. damages, injunctive, declaratory. Fed. R. Civ. P. 8(a). On this ground, the amended complaint is dismissed with leave to amend.

      Plaintiff should prepare his second amended complaint on the complaint form included with this order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's amended complaint filed January 24, 2007, is dismissed with thirty days to file a second amended complaint;

/////

1

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint pursuant to 42 U.SC. § 1983.

DATED: 2/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wal2227.ame