IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD K. WALLS,

      Plaintiff,                        No. CIV S-06-2227 LKK GGH P

   vs.

DR. MILLER, et al.,

      Defendants.                FINDINGS & RECOMMENDATIONS

_____/

      By order filed February 13, 2007, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On February 20, 2007, plaintiff filed a notice of change of address, and the February 13th order was re-served. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: 5/15/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

6  GGH:035
wall2227.fta